JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| R.V. COLEMAN, | ) | NO. CV 22-5977-MWF(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| R.C. JOHNSON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.


DATED: April 3, 2023.

_____
         MICHAEL W. FITZGERALD
     UNITED STATES DISTRICT JUDGE